# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| CONCORDE CENTRE, LLC, ) <br> ) <br>    Plaintiff, ) <br> v. ) <br> ) <br> AUTO-OWNERS MUTUAL ) <br> INSURANCE COMPANY, ) <br> ) <br>    Defendant. ) | No. 1:23-cv-00117 <br> **JURY DEMANDED** |

## CERTIFICATE OF CITIZENSHIP

Comes now Defendant, Auto-Owners Mutual Insurance Company ("Auto-Owners"), by and through counsel, pursuant to 28 U.S.C. § 1332(a) and Fed. R. Civ. P. 7.1, and hereby respectfully submits this Certificate of Citizenship and would state as follows:

1. Auto-Owners is incorporated under the laws of the State of Michigan, with its principal place of business in Michigan. Therefore, Defendant is a citizen of Michigan for diversity purposes.

2. Upon information and belief Plaintiff, Concorde Centre, LLC, is organized under the laws of the State of Tennessee, is a member-managed LLC comprised of only one (1) member, Andrew T. Adams, who is a citizen of the State of Tennessee, residing at 208 Shady Ridge Lane, Unit 2, Chattanooga, TN 37405. Therefore, Plaintiff is a citizen of Tennessee for diversity purposes.

**DATE:**    May 23, 2023

AO Concorde Centre Cert Citship 230523.docx

Case 1:23-cv-00117-CEA-SKL   Document 8   Filed 05/23/23   Page 1 of 2   PageID #: 82

Respectfully submitted,

s/Matthew B. Rogers_____

**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT: (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**MATTHEW B. ROGERS**
Registration No. 038777
DIRECT: (615) 630-7725
(615) 256-8787, Ext. 121
mrogers@bkblaw.com
Attorneys for Defendant, Auto-Owners Mutual
Insurance Company

**BREWER, KRAUSE, BROOKS, CHASTAIN**
**& MEISNER, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2023, a true and correct copy of the foregoing CERTIFICATE OF CITIZENSHIP was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Adam U. Holland, Esq.
Phillip E. Fleenor, Esq.
DUNCAN, HOLLAND & FLEENOR, P.C.
518 Georgia Avenue Suite 100
Chattanooga, TN 37403
aholland@dhifirm.com
pfleenor@dhifirm.com

s/Matthew B. Rogers_____
**MATTHEW B. ROGERS**

PTC:
MBR:mbr