UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **CONCORDE CENTRE, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CASE N0. 1:23-cv-117 |
| v. | ) |
| | ) **Judge Atchley** |
| **AUTO-OWNERS MUTUAL** | ) **Magistrate Judge Lee** |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT REPORT PURSUANT TO COURT ORDER [Doc. 33]**

Come now the Parties, by undersigned counsel, pursuant to this Court's Order [Doc. 33] that the parties were to meet, confer, and discuss the possibility of settlement or mediation. The Court's Order [Doc. 33] further directed the parties to submit a joint report regarding the status of the case, including any mediation or settlement attempts, the possibility of settlement and trial preparation efforts.

The Parties would show that they have conferred to discuss the possibility of settlement or mediation. That discussion has resulted in the scheduling of a mediation set for January 31, 2025. The mediator is Jeff Hollingsworth, retired 11th Judicial District Circuit Court Judge, who is associated with Hollingsworth Alternative Dispute Resolution (hollingsworthadr.com). The parties desire to mediate to determine if this case can be settled and both parties are attending the mediation with an open mind. As requested by former Judge Hollingsworth, the mediation is 'in-person' with representatives of the parties being present 'in-person' with others participating remotely.

Finally, the parties would show that written discovery has been exchanged and answered, multiple depositions have been taken, and that it is anticipated that one deposition previously

1

started, but suspended by agreement, will be completed during January 2025 prior to the mediation and that one other scheduled deposition, postponed by agreement, will likewise be accomplished during January 2025 prior to the mediation.

Respectfully submitted this 20th day of December, 2024.

**DUNCAN, HOLLAND & FLEENOR, P.C.**

By: */s/ Phillip E. Fleenor*
Adam U. Holland (TN BAR NO. 28083)
Phillip E. Fleenor (TN BAR NO. 12075)
518 Georgia Avenue, Suite 100
Chattanooga, TN 37403
(423) 266-2207
(423) 265-8907 Fax
aholland@dhifirm.com
pfleenor@dhifirm.com

*Attorneys for Plaintiff*

**BREWER, KRAUSE, BROOKS,
CHASTAIN & MEISNER, PLLC**

By: */s/ Hannah J. Leifel*
Parks T. Chastain (TN BAR NO. 13744)
Hannah J. Leifel (TN BAR NO. 38632)
545 Mainstream Drive, Suite 101
Nashville, TN 37228
(615) 256-8787
pchastain@bkblaw.com
hleifel@gkblaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

   This the 20th day of December, 2024.

                     */s/ Phillip E. Fleenor*
                      DUNCAN, HOLLAND & FLEENOR PC