UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CONCORDE CENTRE, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CASE N0. 1:23-cv-117 |
| v. | ) |
| | ) Judge Atchley |
| AUTO-OWNERS MUTUAL | ) Magistrate Judge Lee |
| INSURANCE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## JOINT REPORT PURSUANT TO COURT ORDER [Doc. 35]

Comes the Parties, Concorde Centre, LLC, (hereinafter "Plaintiff"), and Defendant Auto-Owners Mutual Insurance Company ("Defendant") by undersigned counsel, pursuant to this Court's Order [Doc. 35], and provide the following report regarding the status of mediation.

1. The Parties attended mediation on January 31, 2025, with mediator Jeff Hollingsworth, retired 11th Judicial District Circuit Court Judge.

2. While the case did not settle at mediation, the Parties agreed to continue discussions of settlement.

3. The Parties are planning to re-convene before **March 3, 2025**, to continue settlement discussions.

4. The Parties will file a supplemental joint status report with the Court on or before **March 7, 2025**, to advise the Court whether the Parties were able to resolve some or all of the Claims.

Respectfully submitted this _____ day of February, 2025.

1

**DUNCAN, HOLLAND & FLEENOR, P.C.**

By: */s/* Phillip E. Fleenor
Adam U. Holland (TN BAR NO. 28083)
Phillip E. Fleenor (TN BAR NO. 12075)
518 Georgia Avenue
Chattanooga, TN 37403
(423) 266-2207
(423) 265-8907 Fax
aholland@dhifirm.com
*Attorneys for Plaintiff*


/s/ Hannah J. Leifel
Registration No. 13744
DIRECT: (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**HANNAH J. LEIFEL**
Registration No. 038632
DIRECT: (615) 630-7722
(615) 256-8787, Ext. 152
hleifel@bkblaw.com
Attorneys for Defendant, Auto-Owners Mutual Insurance Company