# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| CONCORDE CENTRE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:23-CV-00117-CEA-MJD |
| | ) | JURY DEMANDED |
| AUTO-OWNERS MUTUAL | ) | District Judge Charles E. Atchley, Jr. |
| INSURANCE COMPANY, | ) | Magistrate Judge Mike J. Dumitru |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate that all causes of action between the Plaintiff and Defendant are voluntarily **DISMISSED WITH PREJUDICE**. Supporting the Stipulation of Dismissal, as evidenced by the signatures of counsel below, the parties have reached agreement with respect to all matters in controversy between them and the parties hereby stipulate agreement to the Dismissal of this Action. Each party shall bear its own attorneys' fees and costs, no motion for discretionary costs will be filed by either party, and no order concerning discretionary costs will issue.

Respectfully submitted this 5th day of June, 2025.

**DUNCAN, HOLLAND & FLEENOR, P.C.**

By: */s/ Phillip E. Fleenor (w/ perm. HJL)*
Phillip E. Fleenor (TN BAR NO. 12075)
Adam U. Holland (TN BAR NO. 28083)
518 Georgia Avenue
Chattanooga, TN 37403
(423) 266-2207
(423) 265-8907 Fax
aholland@dhifirm.com
*Attorneys for Plaintiff*

/s/ Hannah J. Leifel_____
Registration No. 13744
DIRECT:  (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**HANNAH J. LEIFEL**
Registration No. 038632
DIRECT: (615) 630-7722
(615) 256-8787, Ext. 152
hleifel@bkblaw.com
Attorneys for Defendant, Auto-Owners Mutual Insurance Company